## PETER NORRBOM v. SWAN J. TURNBLAD.[2]

May 14, 1909.

Nos. 16,133—(52).

Action in the district court for Hennepin county to recover $6,000 damages

---

[1] Reported in 121 N. W. 121.     [2] Reported in 121 N. W. 236.

which plaintiff claimed to have received by reason of defendant's fraudulent representations. From an order, Dickinson, J., overruling defendant's demurrer to the complaint, he appealed. Affirmed.

*Lars M. Rand* and *Norton M. Cross,* for appellant.

*H. E. Fryberger,* for respondent.

PER CURIAM.

This case is controlled and decided by Newstrom v. Turnblad, supra, page 58. Affirmed.